IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID E. SIERRA-LOPEZ,

                       Plaintiff,

    v.

JAMIE GOHDE, JESSE BEAVER, DONNA MAYHEW,
TIMOTHY DETERS, TRISHA ANDERSON, MARGARET KIECA,
THOMAS MITCHELL, JAMES BATES, STEVE DITTMAN,
RANDALL BENNIGER and BRADLEY JAHNKE,

                       Defendants.

ORDER

18-cv-60-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff David E. Sierra-Lopez is proceeding on claims that prison staff at the Columbia Correctional Institution violated his constitutional rights by failing to provide him acetaminophen to control swelling after his tonsils were removed. On March 22, 2019, all three sets of defendants filed motions for summary judgment. Dkts. ##47, 52, 58. Plaintiff's opposition materials were due on April 22, 2019, but he has not responded to defendants' motions. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it. Defendants Timothy Deters, Margaret Kieca and Donna Mayhew have filed motions to dismiss the case in light of plaintiff's failure to respond. Dkt. ##64, 65.

I will give plaintiff one more opportunity to submit a substantive response to defendants' motions for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for

1

plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff David E. Sierra-Lopez may have until July 16, 2019 to file a response to defendants' motions for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 2d day of July, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge