IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LOPEZ,

    Plaintiff,

  v.

Case No. 18-cv-60-bbc

JOHN DOE DIRECTOR/COMMISSION OF THE STATE OF WI, MICHAEL DITTMAN, JAMIE GOHDE, JESSE BEAVER, DONNA MAYHEW, TIMOTHY DETERS, TRISHA ANDERSON, MARGARET KIECA, SCHMIDT-KNECHT, THOMAS MITCHELL, JAMES BATES, STEVE DITTMANN, RANDALL BENNIGER, BRADLEY JAHNKE, JOHN DOE NURSE, WEBER, JOHN DOE SECURITY DIRECTOR, LINDSAY WALKER, MEEKER and JOHN DOE DOCTOR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 7/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |